# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ERIK LEE,<br><br>      Defendant. | CASE NO. 12-cr-01107-CAB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

  21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute

---

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/5/12

                  Mitchell D. Dembin
                  U.S. Magistrate Judge